IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and ALICEA CRUCE, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 118-145 |
| B. FEHR, LLC d/b/a GOLDEN CORRAL, | * * * | |
| Defendant. | * | |

**O R D E R**

On October 4, 2018, Alicea Cruce moved to intervene as a plaintiff. (Doc. 4.) Plaintiff Equal Employment Opportunity Commission ("EEOC") and Defendant consent. (Doc. 5; Def.'s Mot. for Extension of Time, Doc. 7, ¶ 4.) Upon due consideration, the Court **GRANTS** the motion. (Doc. 4.) The Court **DIRECTS** the Clerk to docket Plaintiff Alicea Cruce's Complaint in Intervention (Doc. 4-1) as a stand-alone entry. The docket already reflects Alicea Cruce as a plaintiff.

Having previously been served with the Complaint in Intervention, Defendant shall have **twenty-one (21) days** from the date of this Order to respond. Under the Order dated November 13, 2018 (Doc. 8), Defendant shall have through and including December 13, 2018, to respond to Plaintiff EEOC's Complaint (Doc. 1).

**ORDER ENTERED** at Augusta, Georgia, this 20th day of November, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA